# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERSKINE KENT,**<br><br>  Plaintiff,<br><br>  *v.*<br><br>**DRIVETIME CAR SALES LLC,**<br><br>  Defendant. | **CIVIL ACTION**<br><br>**NO. 2:20-cv-02529-KSM** |

## ORDER

**AND NOW**, this 10th day of July 2020, having considered Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. No. 5), Plaintiff's opposition thereto (Doc. No. 8), and Defendant's reply (Doc. No. 11), it is **ORDERED** that Defendant's Motion (Doc. No. 5) is **GRANTED.**

**IT IS FURTHER ORDERED** that:

1. The parties shall submit their dispute to arbitration pursuant to the terms of the arbitration clause of the Simple Interest Retail Installment Contract and the incorporated Arbitration Agreement (Doc. No. 1-5, Ex. A, pp. 14–19, 65–69);

2. All proceedings in this action are **STAYED** pending arbitration of the plaintiff's claims; and

3. The Clerk of Court shall **CLOSE** this action administratively.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.